UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAULA SCOTT,<br><br>        Plaintiff,<br><br>vs.<br><br>ALBION HIGHWAY DISTRICT,<br><br>        Defendant. | Case No. 4:16-cv-00536-DCN<br><br>**ORDER OF DISMISSAL** |

    This matter having come before the Court on stipulation between these parties filed in this matter; and the Court having found good cause;

    IT IS HEREBY ORDERED that the above-entitled action is dismissed **with prejudice** with each side to bear their own costs and attorney fees.

DATED: September 28, 2017

_____
Honorable David C. Nye
United States District Court